

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

November 29, 2011

**VIA ECF**

Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:  Fried v. LVI Services, Inc., et al.; No. 11-CV-4791

Dear Sir or Madam:

We represent Plaintiff-Appellant Burton T. Fried in the above-referenced matter.  Having filed the certificate that no transcript will be ordered in connection with this appeal on November 28, 2011, we write pursuant to Local Rule 31.2(a)(1)(A) to respectfully request that the deadline for Appellant's brief be scheduled for February 27, 2012.

If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

Douglas H. Wigdor


cc:   Michael D. Mann, Esq. (via ECF)
       Andrew Ehrlich, Esq. (via ECF)