

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| mdmann@sidley.com<br>(212) 839 5837 | FOUNDED 1866 | |

January 26, 2012

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
Second Circuit
40 Foley Square
New York, NY 10007

   Re: <u>Fried v. LVI Services, Inc. et al., Case No. 11-4791</u>

Dear Ms. O'Hagan Wolfe:

  We represent Defendants-Appellees in the above referenced matter. Our lead counsel, Joanne Seltzer, recently departed Defendants-Appellees' law firm Sidley Austin LLP. We request that Joanne Seltzer be removed as the attorney of record, and that her withdrawal be noted on the docket. We further request that Nicholas H. De Baun replace Joanne Seltzer as Defendants-Appellees' lead counsel.

  Thank you for your attention to this matter.

            Very truly yours,

            *Michael D Mann / TMC*

            Michael D. Mann

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.
NY1 8002022v.1